# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kristina Brown ) | |
| ) | |
| Plaintiffs, ) | Case No.: |
| ) | |
| v. ) | COMPLAINT FOR VIOLATION OF |
| ) | CIVIL RIGHTS |
| Unknown Chicago Police Officers ) | |
| ) | |
| Defendant. ) | |
| ) | **JURY DEMANDED** |
| ) | |

## JURISDICTION AND VENUE

1. This action arises under the United States Constitution and the Civil Rights Act of 1871 (42 U.S.C. Section 1983). This court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343, and 1331.

2. Venue is founded in this judicial court upon 28 U.S.C. Section 1391 as the acts complained of arose in this district.

## PARTIES

3. At all times herein mentioned, Plaintiff Kristina Brown ("Brown") was and is a citizen of the United States, and was within the jurisdiction of this court.

4. At all times herein mentioned, currently unknown Chicago Police Officers were employed by the Chicago Police Department as a police officers, and were acting under color of state law and as the employees, agents, or representatives of the Chicago Police Department. These Defendant is being sued in their individual capacity. Upon discovery of the identity of these unknown officers Plaintiff will amend the complaint to identify them by name.

**FACTUAL ALLEGATIONS**

5. On or about December 28, 2016, Plaintiff was lawfully operating a motor vehicle located near 6849 S. Ada Street, in the City of Chicago, County of Cook, State of Illinois.

6. On that day and place currently unknown officers ordered Plaintiff to stop and exit the motor vehicle she was operating.

7. There was no legal cause for the unknown officers to seize Plaintiff.

8. Plaintiff did not consent to being seized.

9. After seizing Plaintiff the currently unknown officers then subjected Plaintiff to an intrusive search of her person including a search under her shirt and inside her pants.

10. There was no legal cause for searching Plaintiff's person in this manner.

11. Currently unknown officers also conducted a search of Plaintiff's personal property including a search of the contents of her cellular phone.

12. Plaintiff did not consent to the search of her personal property. There was no legal basis to search Plaintiff's personal property.

13. Plaintiff was seized by unknown officers for a lengthy period of time before being released without being formally arrested or charged with a crime.

14. Prior to being seized Plaintiff had not engaged in any illegal behavior.

15. By reason of the above-described acts and omissions of currently unknown officers Plaintiff sustained injuries, including but not limited to, humiliation and indignities, and suffered emotional distress all to her damage in an amount to be ascertained.

16. The aforementioned acts of Plaintiff were willful, wanton, malicious, oppressive and done with reckless indifference to and/or callous disregard for Plaintiff's rights and justify the

2

awarding of exemplary and punitive damages in an amount to be ascertained according to proof at the time of trial.

17. By reason of the above-described acts and omissions of currently unknown officers, Plaintiff was required to retain an attorney to institute, prosecute and render legal assistance to her in the within action so that she might vindicate the loss and impairment of her rights. By reason thereof, Plaintiff requests payment by Defendants of a reasonable sum for attorney's fees pursuant to 42 U.S.C. Section 1988, the Equal Access to Justice Act or any other provision set by law.

### COUNT I
### Plaintiffs Against Currently Unknown Officers for
### UNREASONABLE SEARCH and SEIZURE

18. Plaintiff hereby incorporates and realleges paragraphs one (1) through seventeen (17) hereat as though fully set forth at this place.

19. By reason of the conduct by currently unknown officers, Plaintiff was deprived of rights, privileges and immunities secured to her by the Fourth and/or Fourteenth Amendments to the Constitution of the United States and laws enacted thereunder.

20. Currently unknown officers violated Plaintiff's rights in the following manner: the search and seizure of Plaintiff's person and property was without any legal cause, was unreasonable and excessive, and was in violation of the Fourth Amendment. Therefore, currently unknown officers are liable to Plaintiffs pursuant to 42 U.S.C. § 1983.

WHEREFORE, the Plaintiff, by and through her attorneys, ED FOX & ASSOCIATES, requests judgment as follows against the Defendants:

1. That the Defendants be required to pay Plaintiff's general damages, including emotional distress, in a sum to be ascertained;

2. That the Defendants be required to pay Plaintiff's special damages;

3

3. That the Defendants be required to pay Plaintiff's attorneys fees pursuant to Section 1988 of Title 42 of the United States Code, the Equal Access to Justice Act or any other applicable provision;

4. That the Defendants be required to pay punitive and exemplary damages in a sum to be ascertained;

5. That the Defendants be required to pay Plaintiffs' costs of the suit herein incurred; and

6. That Plaintiffs have such other and further relief as this Court may deem just and proper.

                                            BY:    s/ Garrett Browne
                                                          Garrett Browne
                                                          ED FOX & ASSOCIATES
                                                          Attorneys for Plaintiff
                                                          300 West Adams
                                                          Suite 330
                                                          Chicago, Illinois 60606
                                                          (312) 345-8877
                                                          gbrowne@efox-law.com

**PLAINTIFFS HEREBY REQUEST A TRIAL BY JURY**

                                            BY:    s/ Garrett Browne
                                                          Garrett Browne
                                                          ED FOX & ASSOCIATES
                                                          Attorneys for Plaintiff
                                                          300 West Adams
                                                          Suite 330
                                                          Chicago, Illinois 60606
                                                          (312) 345-8877
                                                          gbrowne@efox-law.com