## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Kristina Brown | ) | |
| | ) | |
| Plaintiff, | ) | No. 17 CV 00085 |
| | ) | |
| v. | ) | Hon. Elaine E. Bucklo |
| | ) | |
| Chicago Police Officers Hector Estrada, | ) | |
| Star No. 11910, and Rodolfo Ortiz, Star | ) | |
| No. 17341 | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO: Counsel of Record

PLEASE TAKE NOTICE that on May 15, 2017, I filed with the Clerk of United States District Court, Northern District of Illinois DEFENDANTS HECTOR ESTRADA AND RODOLFO ORTIZ'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS, a copy of which is hereby served upon you.

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on May 15, 2017, I caused the document listed herein to be served on Counsel of Record, who are ECF Filing Users.

                                                                                                 Respectfully submitted,

                                                                                                 /s/ Eric S. Palles
                                                                                                 One of the Attorneys for Defendants
                                                                                                 Chicago Police Officers Estrada and Ortiz

ERIC S. PALLES
RAVITZ & PALLES, P.C.
203 N. LaSalle, Suite 2100
Chicago, IL 60601
(312) 558-1689