**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kristina Brown )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>Chicago Police Officers Hector Estrada, )<br>Star No. 11910, and Rodolpho Ortiz, Star )<br>No. 17341, Lynn Meuris, Star No. 9591, )<br>Clinton D. Sebastian, Star No. 1944, )<br>Julie Follis, Star No. 19222, Michael D. )<br>Bennett, Star No. 15667, Vincet J. )<br>Turner, Star No. 16484, Adam Daoud, )<br>star No. 9732, Joseph D. Gray, Star No. )<br>15784 Sherrick L. Davis, Star No. 12192, )<br>Christopher J. Enter, Star No. 13762, and )<br>the City of Chicago, )<br>)<br>Defendants. )<br>) | Case No.: 17 CV 00085<br><br>JUDGE BUCKLO |

### NOTICE OF FILILNG

To: Eric Palles
     Emily Farr
     Ravitz & Palles, P.C.
     203 N. LaSalle St., Suite 2100
     Chicago, IL. 60601

     **PLEASE TAKE NOTICE** that on October 11, 2017 the undersigned electronically filed with the Clerk of this Court, **PLAINTIFF'S SECOND AMENDED COMPLAINT** the service of which is being made upon you.

                                                                             s/Garrett W. Browne
ED FOX & ASSOCIATES, Ltd.                    Garrett W. Browne
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877
gbrowne@efox-law.com

### CERTIFICATE OF SERVICE

     I hereby certify that on October 11, 2017, I filed and served the foregoing with the Clerk of the Court using the CM/ECF system.

                                                                            s/Garrett W. Browne
                                                                            Garrett W. Browne