UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kristina Brown | ) | |
| | ) | |
| Plaintiff, | ) | No. 17 CV 00085 |
| | ) | |
| v. | ) | Hon. Elaine E. Bucklo |
| | ) | |
| Chicago Police Officer Hector Estrada, Star No. 11910, et al | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO: Counsel of Record

    PLEASE TAKE NOTICE that on December 11, 2017, I filed with the Clerk of United States District Court, Northern District of Illinois DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS, a copy of which is hereby served upon you.

**CERTIFICATE OF SERVICE**

    PLEASE TAKE NOTICE that on December 11, 2017, I caused the document listed herein to be served on Counsel of Record, who are ECF Filing Users.

    Respectfully submitted,

    /s/ Eric S. Palles
    One of the Attorneys for Defendants

ERIC S. PALLES
RAVITZ & PALLES, P.C.
203 N. LaSalle, Suite 2100
Chicago, IL 60601
(312) 558-1689