

Investigative Alerts

**Investigative Alerts** | Complainant

## INVESTIGATIVE ALERTS

Status: EXPIRED

Id #: 299986802  Inv. Alert #: 299986802  Request date: 18:56 05-MAY-2015

○ No Probable Cause for Arrest
● Probable Cause for Arrest

Offense Code: 051A  ASSAULT  AGGRAVATED: HANDGUN

Other Identifiers:

### PERSON

Last Name: BROWN  First: KRISTINA  MI: M

Alias Last:  First:  SSN: [redacted]

IR #: 1305753  RD #:  FBI #:  SID #:

Sex: FEMALE  Height: 503  DOB: [redacted]  Hair Color: BLACK  DLN/ID #: [redacted]

Race: BLACK  Weight: 145  Age: 30  Eye Color: BROWN  State: IL

Scars,Marks,Tattoos:  Complexion: DARK

### LAST KNOWN ADDRESS

| Type | Street # | Dir. | Street Name | Apt. # | City | Zip Code | St. | Phone # | Beat |
|---|---|---|---|---|---|---|---|---|---|
| RESIDENCE | [redacted] | [redacted] | [redacted] | | CHICAGO | 60641 | IL | [redacted] | 1731 |
| | | | | | | | | | |

### VEHICLE

Make: TOYOTA MOTOR COMPANY, L  Model: VENZA  Type: AUTOMOBILE  Year:

Style:  VIN:  Color Top:  Bottom:

State:  State License #:  Other Marks:  Stolen? ☐  Used in Felony? ☐

FCRL00116



Investigative Alerts

| Investigative Alerts | Complainant |

**COMPLAINANT/INSTITUTION**

Id #: 299986802    Inv. Alert #: 299986802

Last Name: LEE    First Name: MARILYN    MI:

Residence: St. # Dir. ▢ eet ▢    Apt #:    City: CHICAGO    Zip Code: 60645    St.: IL    Beat: 2411

**Justification for Request**

COMPLAINANT INDICATED THAT THE OFFENDER KRISTINA BROWN POINTED A HANDGUN AT HER AND THREATENED TO KILL THE COMPLAINANT. SIGNED COMPLAINTS ON FILE.

If Outside Agency, check this box and enter the outside agency name and then fill out the requesting officer information. ▢

Requesting Officer    Star #: 21077    ▢    Unit #: 620    Last Name: CORTESI    First Name: NICHOLAS

Submit

FCRL00117

# CHICAGO POLICE DEPARTMENT
## ORIGINAL CASE INCIDENT REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C)

**RD #:** HY244785
**EVENT #:** 1512217285
**Case ID:** 10055624 CASR229

### INCIDENT — ASSIGNED TO FIELD

**IUCR:** 4387 - Other Offense - Violate Order Of Protection

**Occurrence Location:** 1204 W 95th Pl, Chicago IL 60620, 304 - Street
**Beat:** 2213
**Unit Assigned:** 2212
**RO Arrival Date:** 02 May 2015 21:39
**Domestic Related Incident**
**# Offenders:** 1
**Occurrence Date:** 02 May 2015 21:33

### NON OFFENDER — VICTIM - Individual

**Name:** LEE, Marilyn
**Res:** [redacted]
**Beat:** 2213
**Beat:** 5100

**Demographics:** Female, Black Hispanic
**DOB:** [redacted]
**Age:** 35 Years

**Sobriety:** Sober

### SUSPECTS — Suspect #1

**Name:** BROWN, Kristina
Unknown
Chicago IL
**Beat:** 3100

**Demographics:** Female, Black
**DOB:** [redacted]
**Age:** 27 years

### RELATIONSHIP

(Victim) LEE, Marilyn  is a  No Relationship of  (Offender) BROWN, Kristina
(Victim) LEE, Marilyn  is a  Petitioner of  (Offender) BROWN, Kristina

### DOMESTIC INFO

**Order of Protection Info**

- **Order of Protection #:** 140p74757 - IL
- **Expires:** 14-JAN-17
- **Respondent:** LEE, Marilyn - ( Non Offender )
- **Petitioner:** BROWN, Kristina - ( Suspect )

**Bond Info for Previous 72 hour Domestic Arrest**

**Violation Type:** ;Prohibition From Entry Into Protected Residence;Stay Away Order

**Procedure Notifications**

| | |
|---|---|
| Access to Firearm? Yes | Domestic Info Notice Provided? Yes |
| Victim Advised of Hotline #? Yes | Victim Advised of Warrant Procedures? Yes |

### OTHER — Miscellaneous

Victim Information Provided

**Flash Message Sent?** No

RD #: HY244785

---

Print Generated By: BAGDON,TIMOTHY (PC0N404)   Page 1 of 2   05-JUN-2018 11:41

**FCRL00118**

**Chicago Police Department - Incident Report**  RD #:  HY244785

### NARRATIVE

EVENT# 17285   RO RESPONDED TO INVESTIGATE A DISTURBANCE AT THE ABOVE LOCATION.   UPON ARRIVAL VICTIM PRESENTED THE ABOVE ORDER OF PROTECTION AND RELATED THE OFFENDER VIOLATED IT.   VICTIM RELATATED THAT SHE WAS WALKING OUTSIDE TOWARD HER CAR AND THE OFFENDER APPEARED AND POINTED A BLACK GUN AT HER AND THREATENED TO KILL HER.   VICTIM FLED INTO HER RESIDENCE AND OFFENDER FLED IN A CAR NORTHBOUND FROM 95TH/RACINE.   VICTIM RELATED THE OFFENDER HAD PREVIOUSLY HAD AN AFFAIR WITH THE VICTIM'S HUSBAND.   VICTIM RECEIVED A REPORT.
ARRESTING OFFICER ONLY - STAR#: 18714 NAME: EDWARD SHAFFER BEAT: 2212

### PERSONNEL

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Approving Supervisor | 1497 | # | **DOHERTY, Ryan, C** | (PC0T610) | 02 May 2015 23:26 | 022 | |
| Detective/Investigator | 1146 | # | **CORTESI, Nicholas, F** | (PC0J837) | 04 May 2015 16:16 | 007 | |
| Reporting Officer | 17728 | # | **JOHNSON, Kenneth, W** | (PC0U705) | 02 May 2015 22:18 | 022 | 2212 |

# CASE SUPPLEMENTARY REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

Case id : 10055624
Sup id : 11059470   CASR339

| PROGRESS | | | | DETECTIVE SUP. APPROVAL COMPLETE | |
|---|---|---|---|---|---|
| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | | | IUCR Code |
| STALKING / Violation Of Stalking No Contact Order | 0584 | OTHER OFFENSE / Violate Order Of Protection | | | 4387 |
| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
| 1204 W 95TH PL | 2213 | 1 | 1 | 0 | |
| Location Type | Location Code | Secondary Location | | | Hate Crime |
| Street | 304 | | | | No |
| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
| 02-MAY-2015 21:33 | 2212 | 02-MAY-2015 21:39 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| CORTESI, Nicholas | 21077 | WINSTEAD, Kevin | 2097 | CORTESI, Nicholas | 21077 |
| Date Submitted | | Date Approved | | Assignment Type | |
| 04-MAY-2015 22:52 | | 05-MAY-2015 17:23 | | FIELD | |

## THIS IS A FIELD INVESTIGATION PROGRESS REPORT

**VICTIM(S):**         **LEE, Marilyn**                               **TYPE:** Individual
                      Female / Black Hispanic / 35 Years
                      **DOB:**
                      **RES:**

                      **SOBRIETY:**  Sober

**SUSPECT(S)**        **BROWN, Kristina**
                      Female / Black / 27 Years
                      **DOB:**
                      **RES:**

                      **OTHER COMMUNICATIONS:**
                         Cellular     PEMAIL
                         Phone:
                      **SSN:**
                      **RELATIONSHIP OF VICTIM TO OFFENDER:**
                         LEE, Marilyn                                 - No Relationship

**PREVIOUS ORDER OF**    **PETITIONER:** LEE, Marilyn - Non-Offender
**PROTECTION INFO :**    **RESPONDENT:** BROWN, Kristina - Suspect

**LOCATION OF**          1204 W 95th Pl
**INCIDENT:**            Chicago IL  60620
                         304 - Street

HY244785

---

Printed on: 05-JUN-2018 11:41      Page:   1 of 3      Printed By: BAGDON, Timothy ( PC0N404 )

FCRL00120

| | |
|---|---|
| **DATE & TIME OF INCIDENT:** | 02-MAY-2015 21:33 |
| **METHOD CODE(S):** | Other |
| **CAU CODE(S):** | Stalking Within Other Crime |
| **DOMESTIC INCIDENT INFORMATION :** | **VIOLATION TYPE:** ;Prohibition From Entry Into Protected Residence;Stay Away Order <br> **ORDER OF PROTECTION:** <br> **VICTIM ADVISEMENT:** Victim Was Advised About The Hotline Number <br> **VICTIM ADVISED WARR PROCS:** Yes <br> Firearms Were Present <br> Domestic Info was Provided <br> Protection was Ordered |

**PERSONNEL ASSIGNED:**

**Detective/Investigator**
CORTESI, Nicholas F     # 1146

**Reporting Officer**
JOHNSON, Kenneth W     # 17728     **BEAT:** 2212

**CRIME CODE SUMMARY:**    0584 - Stalking - Violation Of Stalking No Contact Order

**IUCR ASSOCIATIONS:**
0584 - Stalking - Violation Of Stalking No Contact Order
LEE, Marilyn                              ( Victim )
BROWN, Kristina                     ( Suspect )

**REPORT DISTRIBUTIONS:**   No Distribution

**INVESTIGATION:**

This an Area South Progress Report

RD# HV244785
Incident and UCR : Stalking No contact Order 0584

The Reporting Detective was assigned this case via normal case distribution procedures. R/D contacted the complainant Marilyn Lee on May 4, 2015 at 1700 hrs. R/D had a conversation with Lee about the facts of the case that occurred on 02 may 2015 in which her husband's former mistress, Kristina Brown approached Lee while she was at her mother's home located at 1204 W. 95th Pl. Chicago IL and pointed a gun at her and threatened to kill her. Lee stated that the offender fled in a vehicle after Lee ran into her mom's home. Lee indicated that ever since her husband's infidelity, the offender has committed numerous criminal acts toward her ranging from assault to criminal damage to vehicle. Lee is a petitioner to a protection order issued on 26 Jan 2015 naming Kristina Brown as the respondent; however a computer inquiry revealed that the offender is yet to be served with said order.

Further identifiers of Brown were discovered through a more investigative search and case report has been updated to reflect the changes/updates.

Victim Lee is adamant about pursuing charges against Brown. R/D has arranged to meet with Victim

Lee to have complaints signed and filed.

Investigation remains ongoing.

Det. Nicholas Cortesi #21077
Area South Division
HY244785

# CHICAGO POLICE DEPARTMENT
# CASE SUPPLEMENTARY REPORT

HY244785

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

Case id: 10055624
Sup ID: 11061399 CASR301

| SUSPENDED | | | DETECTIVE SUP. APPROVAL COMPLETE | | | |
|---|---|---|---|---|---|---|
| Last Offense Classification/Re-Classification | | IUCR Code | Original Offense Classification | | | IUCR Code |
| ASSAULT / Aggravated: Handgun | | 051A | OTHER OFFENSE / Violate Order Of Protection | | | 4387 |
| Address of Occurrence | | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
| 1204 W 95TH PL | | 2213 | 1 | 1 | 0 | |
| Location Type | | Location Code | Secondary Location | | | Hate Crime? |
| Street | | 304 | | | | NO |
| Date of Occurrence | | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
| 02-MAY-2015 21:33 | | 2212 | 02-MAY-2015 21:39 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| CORTESI, Nicholas | 21077 | WINSTEAD, Kevin | 2097 | CORTESI, Nicholas | 21077 |
| Date Submitted | | Date Approved | | Assignment Type | |
| 05-MAY-2015 20:42 | | 05-MAY-2015 21:42 | | FIELD | |

## THIS IS A FIELD INVESTIGATION SUSPENDED REPORT

**VICTIM(S):**     **LEE, Marilyn**     **TYPE:** Individual
Female / Black Hispanic / 35 Years
**DOB:**
**RES:**

**SOBRIETY:** Sober
**OTHER IDENTIFICATIONS:**    **Type -**    State Id #

**SUSPECT(S):**     **BROWN, Kristina**
Female / Black / 27 Years
**DOB:**
**RES:**

**OTHER COMMUNICATIONS:**
    Cellular Phone:

**SSN:**
**OTHER IDENTIFICATIONS:**    **Type -**    State Id

**RELATIONSHIP OF VICTIM TO OFFENDER:**

    LEE, Marilyn    No Relationship
**ADDITIONAL INFO.:** Ia#:299986802

**PREVIOUS ORDER OF PROTECTION:**
**PETITIONER:** LEE, Marilyn - ( Non Offender )
**RESPONDENT:** BROWN, Kristina - ( Suspect)

TCRL00123

| | |
|---|---|
| **LOCATION OF INCIDENT:** | 1204 W 95th Pl<br>Chicago IL 60620<br>304 - Street |
| **DATE & TIME OF INCIDENT:** | 02-MAY-2015 21:33 |
| **METHOD CODE(S):** | Other |
| **CAU CODE(S):** | Stalking Within Other Crime |

**DOMESTIC INCIDENT INFORMATION:**

**VIOLATION TYPE:** ;Prohibition From Entry Into Protected Residence;Stay Away Order

**ORDER OF PROTECTION:**
    **STATE CODE:** Illinois
    **ORDER PROTECT NO:** 140P74757

**VICTIM ADVISEMENT:** Victim Advised Of Hotline Number
**VICTIM ADVISED WARR PROCS:** Yes
    Firearms were Present
    Domestic Info was Provided
    Order Of Protection Accepted

**PERSONNEL ASSIGNED:**
<u>Detective/Investigator</u>
    CORTESI, Nicholas F      # 1146
<u>Reporting Officer</u>
    JOHNSON, Kenneth W      # 17728      BEAT: 2212

**WITNESS(ES):**
**LEWIS, Deseria C**
Female / Black / 54 Years
DOB:
RES:

**CRIME CODE SUMMARY:**
051A - Assault - Aggravated: Handgun
0584 - Stalking - Violation Of Stalking No Contact Order

**IUCR ASSOCIATIONS:**
<u>051a - Assault - Aggravated: Handgun</u>
    BROWN, Kristina      ( Suspect )
    LEE, Marilyn      ( Victim )
<u>0584 - Stalking - Violation Of Stalking No Contact Order</u>
    BROWN, Kristina      ( Suspect )
    LEE, Marilyn      ( Victim )

**REPORT DISTRIBUTIONS:** No Distribution

**INVESTIGATION:**

This an Area South Progress Report
RD# HV244785
Incident and UCR: Assault Aggravated: Handgun 051A

Reporting Detective made contact with victim Marilyn Lee on 05 May 2015 and made arrangements to meet her at Area South Detective Division to discuss case and sign complaints. Victim Lee arrived at Area South at 1730 hrs and introductions were made. R/D generated a picture of the named offender, Kristina Brown, and showed it to Marilyn Lee, who identified her as the same person she knows as Kristina Brown. Victim Lee signed the picture. R/D then provided complaints for the charge of Aggravated assault to Lee who also signed those and expressed her continued desire to pursue prosecution against Kristina Brown.

R/D then created an Investigative Alert with PC to arrest for the offender Kristina Brown and generated IA#299986802. R/D requests this investigation be classified as suspended pending any arrest and prosecution of the offender.

Detective Nicholas Cortesi
Area South
HV244785

# CHICAGO POLICE DEPARTMENT
## CASE SUPPLEMENTARY REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**HY244785**

Case id : 10055624
Sup id : 11057110    CASR339

| METHOD/CAU CODE | | | DETECTIVE SUP. APPROVAL COMPLETE | |
|---|---|---|---|---|
| Last Offense Classification/Re-Classification | | IUCR Code | Original Offense Classification | IUCR Code |
| OTHER OFFENSE / Violate Order Of Protection | | 4387 | OTHER OFFENSE / Violate Order Of Protection | 4387 |
| Address of Occurrence | | Beat of Occur | No of Victims / No of Offenders / No of Arrested | SCR No |
| 1204 W 95TH PL | | 2213 | 1 / 1 / 0 | |
| Location Type | | Location Code | Secondary Location | Hate Crime |
| Street | | 304 | | No |
| Date of Occurrence | | Unit Assigned | Date RO Arrived / Fire Related? / Gang Related? | Domestic Related? |
| 02-MAY-2015 21:33 | | 2212 | 02-MAY-2015 21:39 / NO / NO | YES |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| YNIGUEZ, John | 21291 | YNIGUEZ, John | 21291 | CORTESI, Nicholas | 21077 |
| Date Submitted | | Date Approved | | Assignment Type | |
| 03-MAY-2015 10:12 | | 03-MAY-2015 10:13 | | FIELD | |

## THIS IS A FIELD INVESTIGATION METHOD/CAU CODE REPORT

**VICTIM(S):**   **LEE, Marilyn**   **TYPE:** Individual
Female / Black Hispanic / 35 Years
DOB:
RES:

SOBRIETY:   Sober

**SUSPECT(S)**   **BROWN, Kristina**
Female / Black / 27 Years
DOB:
RES:

**RELATIONSHIP OF VICTIM TO OFFENDER:**
LEE, Marilyn                                                                          - No Relationship

**PREVIOUS ORDER OF PROTECTION INFO :**
PETITIONER: LEE, Marilyn - Non-Offender
RESPONDENT: BROWN, Kristina - Suspect

**LOCATION OF INCIDENT:**
1204 W 95th Pl
Chicago IL 60620
304 - Street

**DATE & TIME OF INCIDENT:**
02-MAY-2015 21:33

**METHOD CODE(S):**   Domestic Incident
**CAU CODE(S):**   Domestic Incident

HY244785

Printed on: 05-JUN-2018 11:41     Page: 1 of 2     Printed By: BAGDON, Timothy ( PC0N404 )

FCRL00126

HY244785
DETECTIVE SUP. APPROVAL COMPLETE

| | |
|---|---|
| **DOMESTIC INCIDENT INFORMATION :** | **VIOLATION TYPE:** ;Prohibition From Entry Into Protected Residence;Stay Away Order<br>**ORDER OF PROTECTION:**<br>**VICTIM ADVISEMENT:** Victim Was Advised About The Hotline Number<br>**VICTIM ADVISED WARR PROCS:** Yes<br>Firearms Were Present<br>Domestic Info was Provided<br>Protection was Ordered |
| **PERSONNEL ASSIGNED:** | **Detective/Investigator**<br>CORTESI, Nicholas F    # 1146<br>**Reporting Officer**<br>JOHNSON, Kenneth W    # 17728    **BEAT:** 2212 |
| **CRIME CODE SUMMARY:** | 4387 - Other Offense - Violate Order Of Protection |
| **IUCR ASSOCIATIONS:** | 4387 - Other Offense - Violate Order Of Protection<br>LEE, Marilyn                                    ( Victim )<br>    BROWN, Kristina                          ( Suspect ) |
| **REPORT DISTRIBUTIONS:** | No Distribution |

FCRL00127